NATIONAL LABOR RELATIONS
BOARD, Petitioner,

v.

SOUTHERN PINE ELECTRIC CO-
OPERATIVE, Respondent.

No. 14810.

United States Court of Appeals,
Fifth Circuit.

Feb. 4, 1955.

Rehearing Denied March 22, 1955.

Frederick U. Reel, Atty., David P. Findling, Assoc. Gen. Counsel, Marcel Mallet-Prevost, Asst. Gen. Counsel, A. Norman Somers, Asst. Gen. Counsel, N.L.R.B., Washington, D. C., George J. Bott, Gen. Counsel, Nancy M. Sherman, Attorneys, N.L.R.B., Washington, D.C., for petitioner.

J. M. Williams, Jr., Montgomery, Ala, Helen F. Humphrey, Washington, D. C., Rushton, Stakely & Johnston, Montgomery, Ala., and Denham and Humphrey, Washington, D. C., for respondent.

Before HOLMES and BORAH, Circuit Judges, and DAWKINS, District Judge.

PER CURIAM.

The petition for enforcement of the order of the National Labor Relations Board is granted.

NATIONAL LABOR RELATIONS
BOARD, Petitioner,

v.

WEST TEXAS UTILITIES COMPANY,
Respondent.

No. 15186.

United States Court of Appeals,
Fifth Circuit.

Feb. 4, 1955.

Motion for Oral Argument and Petition
for Rehearing Denied
March 22, 1955.

Frederick U. Reel, Atty., A. Norman Somers, Asst. Gen. Counsel, David P. Findling, Asso. Gen. Counsel, Marcel Mallet-Prevost, Asst. Gen. Counsel, N.L.R.B., Washington, D. C., George J. Bott, Gen. Counsel, Maurice Alexander, Attorneys, N.L.R.B., Washington, D. C., for petitioner.

Frank Cain and Lee Smith, Dallas, Tex., Irion, Cain, Bergman & Cocke, Dallas, Tex., of counsel, for respondent.

Before HOLMES and BORAH, Circuit Judges, and DAWKINS, District Judge.

PER CURIAM.

The petition for enforcement of the order of the National Labor Relations Board is granted.